**Order entered July 11, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-01152-CR**
**No. 05-21-01153-CR**

**ADRIAN GILLIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-76363-R & F19-53171-R**

**ORDER**

Before the Court is appellant's July 7, 2022 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by August 8, 2022.

/s/    LANA MYERS
        JUSTICE